# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |
|---:|:---|
| **Debtor:** | LARRY GROH & SHULAMIT HANOVER |
| **Case Number:** | 09-00653-LA13     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 18, 2009 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matter:*

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS

### *Appearances:*

Thomas H. Billingslea, Jr., Trustee
David E. Britton, Attorney for Debtors

### *Disposition:*

Debtors' eligibility brief due 4/8/09
Trustee's brief due 4/29/09
Matter will then be under submission.  cc: Barbara