# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: LARRY GROH; SHULAMIT HANOVER, | |
| Debtors | BAP No. SC-09-1194 |
| ------------------------------ | |
| LARRY GROH; SHULAMIT HANOVER, | Bankr. No. 09-00653-LA13<br>Chapter 13 |
| Appellants | |
| v. | **FILED** |
| THOMAS H. BILLINGSLEA, JR., Chapter 13 Trustee, | SEP 22 2009 |
| Appellee | SUSAN M SPRAUL, CLERK<br>U.S. BKCY. APP. PANEL<br>OF THE NINTH CIRCUIT |

## ORDER OF DISMISSAL

The attached Order warning of possible dismissal was served on the parties. The parties have failed to file a written response showing legal cause why this appeal should not be dismissed.

Therefore, it is hereby **ORDERED** that the appeal is **DISMISSED** for failure to prosecute.

This order is subject to reconsideration by the Panel if a written request for judicial review is received within TEN (10) days of the entry of the order. 9th Cir. BAP Rule 8070-1.

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk    10-21-09

Susan M Spraul, BAP Clerk

By: Vicky Jackson-Walker, Deputy Clerk
Filed and entered: September 22, 2009

CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

By: Vicky Jackson-Walker, Deputy Clerk
Date: September 22, 2009